In the Matter of VINCENT SCUDERI, Appellant. ISIDORE PENN and CARVIN BOTTLE CAP CORPORATION et al., Respondents.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

SALVATORE PACELLI, Respondent, v. MAUDE LEVY et al., Appellants.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

DAVID F. PRICE, Respondent, v. PEERLESS CASUALTY COMPANY, Appellant, and MURRAY M. COWEN, Defendant-Respondent.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ALLEN, Appellant.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

SALTSER & WEINSIER, INC., Respondent, v. MONROE PLUMBING & HEATING SUPPLY CORPORATION et al., Appellants, et al., Defendants.— Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

IRVING N. SIDMAN, Appellant, v. MANIE SIDMAN et al., Respondents.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

GEORGE R. TEICH, Appellant, v. JOSEPH S. LAWRENCE et al., Defendants, and DAVID M. MILTON et al., Respondents, CAMBART CO., INC., Intervener, Appellant.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.